IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PAUL A. ROSBERG,

                    Plaintiff,

vs.

ZACHARY L. BLACKMAN and
RYAN STOVER,

                    Defendants.

8:26-CV-236

MEMORANDUM AND ORDER

The plaintiff, Paul Rosberg, is a non-prisoner proceeding without payment of fees. The Court now conducts an initial review of the plaintiff's complaint, filing 1, to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court is required to dismiss a complaint, or any portion of it, that states a frivolous or malicious claim, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

The plaintiff is suing two state district court judges who, he alleges, have denied him his right to trial by jury in cases he has filed in their courts. *See* filing 1. This, he asserts, means that they are constitutionally disqualified from holding public office, and that he should be awarded declaratory and monetary relief. *See* filing 1.

The Court has previously explained to the plaintiff, at length, when and why state court judges are entitled to Eleventh Amendment and judicial immunity, why he cannot sue to disqualify a judge pursuant to the Fourteenth Amendment's insurrection clause, and why his underlying theories about chancery and common-law courts and the right to a jury trial in Nebraska are without merit. *See Rosberg v. Nebraska,* No. 8:24-CV-40, 2025 WL 1866043 (D.

Neb. July 7), *aff'd*, No. 25-2690 (8th Cir. Oct. 10, 2025), *rehearing denied*, No. 25-2690 (8th Cir. Jan. 6, 2026). For the reasons stated in that decision,

IT IS ORDERED:

1.    The plaintiff's complaint is dismissed.

2.    Leave to amend the complaint will not be granted because such amendment would be futile.

3.    A separate judgment will be entered.

4.    The plaintiff's motion for leave to proceed in forma pauperis (filing 2) is denied as moot.

Dated this 22nd day of May, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge